SAM KAPLAN, Individually and as President of MOVING PICTURE MACHINE OPERATORS UNION, LOCAL NO. 306, Respondent, *v.* WILLIAM C. ELLIOTT, Individually and as President of INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS, et al., Respondents, and SAMUEL I. ROSENMAN et al., Appellants.

(Argued December 15, 1933; decided January 9, 1934.)

*Jeremiah T. Mahoney, Vincent L. Leibell* and *John A. Bell, Jr.*, for appellants.

*Isidor Bregoff, Abner J. Rubien* and *Alexander D. Diamond* for William C. Elliott, individually and as president, respondent.

Appeal dismissed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.